UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JUANA MENDEZ DIEGO, YESENIA GONZALES, N.M., a minor, I.M., a minor, and L.B., a minor, and JACKIE CRUZ, solely in her capacity as guardian of N.M., I.M., and L.B.,<br><br>                Defendants. | Civil Action No.: 4:17-cv-01698-RBH |

## ORDER

The above entitled cause having come before the Court upon the Motion of Plaintiff, The Prudential Insurance Company of America ("Prudential") for an Order granting default judgment, and granting interpleader relief with regard to a $100,000.00 death benefit ("FSGLI Death Benefit") due as a consequence of the death of Tiana Mendez (the "Insured") under a group life insurance policy bearing Group Policy No. G-32000 (the "Group Policy") issued by Prudential, through the Office of Servicemembers' Group Life Insurance to the Department of Veterans Affairs of the United States, pursuant to the Servicemembers' Group Life Insurance statute, 38 U.S.C. § 1965 ("SGLI"), and Prudential having previously deposited the subject death benefit in the amount of $101,695.16, representing the FSGLI Death Benefit, plus $1,695.16 in applicable claim interest, into the Court's Registry, and the Court having considered the application:

**NOW THEREFORE,** it is on this 26th day of February, 2018;

**ORDERED** as follows:

1. Prudential's motion for default judgment against Defendants, Juana Mendez Diego ("Juana") and Yesenia Gonzalez ("Yesenia") is hereby **GRANTED.**

2. Prudential's motion for interpleader relief is hereby **GRANTED.**

3. Prudential is hereby discharged from any and all liability to Juana, Yesenia, N.M., I.M., L.B., and Jackie Cruz ("Jackie"), solely in her capacity as guardian of N.M., I.M., and L.B., relating to the Group Policy and/or the FSGLI Death Benefit payable thereunder. Juana, Yesenia, N.M., I.M., L.B., and Jackie are hereby permanently enjoined from bringing any action or proceeding in any forum, or making any further actual or implied claims, demands and causes of action, asserted or unasserted, liquidated or unliquidated, or bringing any action or proceeding in any forum, arising out of or in connection with Prudential relating to the Group Policy and/or the FSGLI Death Benefit.

4. All claims, rights, interests and actions that Juana, Yesenia, N.M., I.M., L.B., and Jackie might otherwise have held against Prudential and its present and former parents, subsidiaries and affiliated corporations, predecessors, successors and assigns and their respective officers, directors, agents, employees, representatives, attorneys, fiduciaries and administrators, with respect to the the Group Policy and/or the FSGLI Death Benefit are hereby released.

5. All claims against Prudential are hereby dismissed with prejudice and Prudential is hereby dismissed with prejudice from this litigation.

6. The Court retains jurisdiction over the remaining Defendants and the FSGLI Death Benefit until further order of the Court.

7. Counsel for Prudential shall serve a copy of the within Order upon all parties within 7 days of its receipt.

February 26, 2019                                                                   s/ R. Bryan Harwell  
Florence, South Carolina                           R. Bryan Harwell  
                                                                                                      United States District Judge