UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| The Prudential Insurance Company of America, ) | Civil Action No.: 4:17-cv-01698-RBH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **SUPPLEMENTAL ORDER** |
| ) | **AMENDING** |
| Juana Mendez Diego, Yesenia Gonzales, N.M., a ) | **ORDER APPROVING MINOR** |
| minor child, I.M., a minor child, L.B., a minor child,) | **SETTLEMENT (ECF NO. 38)** |
| and Jackie Cruz, solely in her capacity as guardian ) | |
| of N.M., I.M., and L.B., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

On December 19, 2019, this Court was informed by the Clerk's Office that the total amount ordered to be disbursed in this Court's December 10, 2019 Order Approving Minor Settlement was $1,695.18 less than the amount of interpleaded funds. The total amount of interpleaded funds was $101,695.16. The amount ordered to be disbursed was $99,999.98 plus accrued interest. Accordingly, to correct the mathematical oversight, the Court amends the Order Approving Minor Settlement as follows:

The funds being held in the Court Registry for the U.S. District Court for the District of South Carolina shall be distributed with four separate checks issued as follows:

1) Jackie Cruz as Conservator for Lilyan Brown - in the amount of $27,076.72 plus 1/3 accrued interest on the insurance proceeds

2) Jackie Cruz as Conservator for Nicholas Mendez - in the amount of $27,076.72 plus 1/3 accrued interest on the insurance proceeds

3) Jackie Cruz as Conservator for Isabella Mendez - in the amount of $27,076.72 plus 1/3 accrued interest on the insurance proceeds

4) Everett J. Mercer and Janet Altman Paschal - in the amount of $20,465.00.

All three checks made out to Jackie Cruz as Conservator shall be mailed to the Honorable Teresa Campbell, Dillon County Probate Judge at the following address:

Teresa Campbell, Probate Judge
P.O. Box 189
Dillon, South Carolina 29536

The check made out to Everett J. Mercer and Janet Altman Paschal shall be mailed to the following address:

Everett J Mercer Law Office
P.O. Box 1347
Sumter, South Carolina 29151

A copy of this Order shall be mailed to the Honorable Teresa Campbell, Dillon County Probate Judge.

IT IS SO ORDERED.

December 19, 2019
Florence, South Carolina

R. Bryan Harwell
Chief United States District Judge